# EXHIBIT D

# YORKTOWN CENTER
## THE SHOPS ON BUTTERFIELD



**Upper Level**

**Lower Level**

**The Shops on Butterfield**

**Yorktown Center Property Map**

**The Shops at Yorktown**

**Key**
- Free-standing Stores and Kiosks
- $ Cash Station
- ↕ Elevator
- ↗ Escalator
- ℹ Information Center
- ■ Long/Pohrson Associates
  Yorktown Management Offices
  Highland Yorktown, LLC
  Yorktown Holdings, LLC
- ♿ Restrooms
- ◊ Treehouse Adventure Play Area
- ○ Yorktown Express Train
- • Located on Property Map

---

**Department Stores**
Carson Pirie Scott
JCPenney
Von Maur
Target

**Apparel & Specialty**
**Women's / Juniors**
334   Aeropostale
302   American Eagle Outfitters
285   Ann Taylor Loft
244   Belly Couture
        Boutique (coming soon)
5     Bobos
228   Buckle
300   Charlotte Russe
214   Christopher & Banks
307   CJ Banks
307   Claire's Boutique
208   dELiA's (coming soon)
209   The Denim Loft
212   Eddie Bauer
270   Express
32    Firm Foundations
293   Forever 21 Department
        Store
211   Gap
231   Hollister (coming soon)
310   Hot Topic
333   Journeys
27    Lands' End
222   The Limited
333   Marshalls
202   Motherhood Maternity
220   Pacific Sunwear
10    Pink Flamingo
297-346  Sports Authority
319   Steve and Barry's
277   Torrid Plus Sizes
337   Victoria's Secret
345   Wet Seal
309   Wilson's Leather
208   Windsor
271   Zumiez

**Men's / Teens**
334   Aeropostale
302   American Eagle Outfitters
228   Buckle
212   Eddie Bauer
270   Express
293   Forever 21 Department
        Store

211   Gap
231   Hollister (coming soon)
310   Hot Topic
333   Journeys
27    Lands' End
333   Marshalls
220   Pacific Sunwear
297-346  Sports Authority
319   Steve and Barry's
309   Wilson's Leather
271   Zumiez

**Children's / Children's Shoes**
335   The Children's Place
344   The Disney Store
283   Gap Kids
331   Gymboree
205   Kids Footlocker
27    Lands' End
221   Limited Too
323   Marshalls
209   Payless Shoe Source
247   Right Start
339   Snippet's Mini-Cuts
319   Steve and Barry's
246   Stride Rite

**Cards & Gifts**
222   Anna's Hallmark
332   Spencer Gifts
313   Things Remembered
303   Yankee Candle

**Home Furnishings**
20    Carson Pirie Scott
        Furniture Gallery
322   HomeGoods
        JCPenney
312   Select Comfort

**Jewelry**
305   Lundstrom Jewelers
218   Rogers & Hollands
        Sterling Works
305   Watchworld
208   Whitehall Jewelers

**Electronics & Cellular Providers**
4     Cellular World
10    Cingular
1     Dell Direct
12    Helio

211   Gap
310   Hot Topic
333   Journeys
27    Lands' End
323   Marshalls
220   Pacific Sunwear
297-346  Sports Authority
334   Avon Beauty Center
319   Steve and Barry's
309   Wilson's Leather
271   Zumiez

**Children's / Children's Shoes**
335   The Children's Place
344   The Disney Store
283   Gap Kids

**Services**
21    Andersen, Renewal By
241   Burr Ridge Eye Care
•     Cole Taylor Bank
•     Fifth Third Bank
•     Firestone Auto Center
23    Helix Camera
        Information Center
        JCPenney, Optical,
        Portrait Studio,
        Styling Salon,
        Watch & Jewelry Repair
200   Mid-America Research
249   Nourish MedSpa (coming soon)
314   The Picture People
216   U.S. Post Office
206   Vision Works
298   Yorktown Shoe Repair

**Shoes**
**Women's**
327   Aldo (coming soon)
266   Ann Taylor Loft
303   Aerosoles
335   Bandolino Shoes
300   Charlotte Russe
293   Forever 21 Department
        Store

327   Nextel/Sprint
342   T-Mobile
272   US Cellular
13    Verizon
2     Vonage
3     Wireless 4 U

**Personal Care**
7     Avon Beauty Center
311   Bath & Body Works
        JCPenney Optical
        and Styling Salon
24    Joe's Tailor Shop
33    LaRosa Hair Salon
209   Mario Tricoci Too
315   Merle Norman Cosmetics
2     ProActiv Solution
201   Red Nails
        Sephora (at JCPenney)
36    Simply Beautiful Day Spa
339   Snippet's Mini-Cuts
337   Victoria's Secret Beauty
287   Yorktown Barber Shop
26    Yorktown Cleaners

**Services**
21    Andersen, Renewal By
241   Burr Ridge Eye Care
•     Cole Taylor Bank
•     Fifth Third Bank
•     Firestone Auto Center
23    Helix Camera

323   Marshalls
231   Miroballi Shoes (coming soon)
218   Naturalizer
209   Payless Shoe Source
276   Rockport

**Men's**
327   Aldo (coming soon)
333   Journeys
323   Marshalls
231   Miroballi Shoes (coming soon)
209   Payless Shoe Source
276   Rockport

**Athletic**
208   Champs
301   Finish Line
204   Foot Locker
299   Payless Shoe Source
297-346  Sports Authority
319   Steve & Barry's

**Specialty Shops**
21    Andersen, Renewal By
241   Burr Ridge Eye Care
270   Emporium Luggage
318   Gamer's Paradise
343   Gateway Newsland
264   General Nutrition Center
•     Helix Camera
317   K+B Toys
274   Lids
265   Love From Chicago
247   Right Start
328   Silver Leaf Vacation Store
297-346  Sports Authority
306   Sports 'n More
304   Sunglass Hut
311   Too Cool
6     Tupperware
206   Vision Works

**The Plaza Food Court**
328   Auntie Anne's Pretzels
282   Cinnabon
234   Dairy Queen
281   il Posto Crepe Café
287   Kato's Grill
288   McDonald's
283   Panda Express
292   Sakko Japan
290   Sbarro

289   Subway
285   Taco Bell

**Restaurants**
222   Adobo Grill
248   Boudin Bakery
250   Brio Tuscan Grille
•     Buca di Beppo
•     The Capital Grille
•     Claim Jumper Restaurant
258   D.O.C.
        Wine Bar (coming soon)
340   Ed Debevic's
41    Egg Harbor Café
37    Emilio's Madrid (coming soon)
215   Famous Dave's
202   Flat Top Grill
•     Harry Caray's
•     Holy Mackerell
321   Lucky Strike Lanes
259   RA Sushi Bar Restaurant
•     Rock Bottom Brewery
38    Sequel

**Specialty Food**
11    Caribou Coffee
275   Fannie May Candies
22    Frankie's Deli
•     Fuzziwig's Candy Factory
210   Gloria Jean's Coffees
320   Mrs. Field's Cookies
338   Rocky Mountain
        Chocolate Factory

**Entertainment**
•     AMC 18 Theater
•     AMC Premium Cinema
321   Lucky Strike Lanes

**Hotel**
•     The Westin
        Lombard Yorktown Center

\* Please note, store addresses do
not coincide with store numbers
listed on Directory.