# EXHIBIT E





**Yorktown Center is the premiere destination in DuPage County for retail, dining and entertainment.**

The Shops on Butterfield at Yorktown Center introduces a sophisticated, outdoor shopping atmosphere to this already fantastic retail destination. Some of the finest shopping and dining is available to our guests in an upscale, open-air environment. All of this is complimented by a four-star, 500 room Westin Hotel and Convention Center. Please view our **What's New** section for more details.

**Shopping Center Hours**

Monday - Saturday 10:00 am - 9:00 pm
Sunday 11:00 am - 6:00 pm
Click here for holiday hours

**Yorktown Center Gift Certificates**

**The perfect gift. The perfect size. And always in style.**

Yorktown Center Gift Certificates can be redeemed anywhere on our property, including The Shops at Yorktown, Target, AMC Theaters, Westin Lombard Yorktown Center and all of our department stores, specialty stores, and restaurants. And unlike

HIGHLAND AVENUE AND BUTTERFIELD ROAD : LOMBARD, ILLINOIS : 630.629.7330 : MONDAY-SATURDAY 10AM-9PM : SUNDAY 11AM-6PM

Job Opportunities    |    Leasing Information