# EXHIBIT F



<␃␄



Case 1:08-cv-00049    Document 8-5    Filed 01/08/2008    Page 5 of 6



