**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER WOODS, ) | | |
| individually and on behalf of a class, ) | | |
| ) | | |
| Plaintiff, ) | 08 C 49 | |
| ) | Judge Kendall | |
| v. ) | Magistrate Judge Mason | |
| ) | | |
| ROGERS ENTERPRISES, INC., ) | | |
| d/b/a ROGERS & HOLLANDS ) | | |
| JEWELERS, ) | | |
| and DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF MOTION

**TO:** See attached service list.

    **PLEASE TAKE NOTICE** that on Tuesday, January 15, 2008 at 9:00 a.m., we will appear before Judge Virginia Kendall in Room 2319 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and there present: **PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION**, a copy of which has been filed electronically and is hereby served upon you.

                                                     s/Daniel A. Edelman
                                                     Daniel A. Edelman

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on January 8, 2008, a copy of the foregoing document was filed electronically, and was sent for personal service via process server on the following:

ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS
c/o Alan Kadet, Registered Agent
20821 S. Cicero Ave.
Matteson, IL 60443

                                                                                              s/ Daniel A. Edelman
                                                                                              Daniel A. Edelman