IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WOODS, ) | | |
| individually and on behalf of a class, ) | | |
| ) | | |
| Plaintiff, ) | 08 C 49 | |
| ) | Judge Kendall | |
| v. ) | Magistrate Judge Mason | |
| ) | | |
| ROGERS ENTERPRISES, INC., ) | | |
| d/b/a ROGERS & HOLLANDS ) | | |
| JEWELERS, ) | | |
| and DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF WITHDRAWAL

By agreement between the parties, Plaintiff Christopher Woods, through counsel, respectfully requests that his Preliminary Motion for Class Certification, filed on January 8, 2008 (Dkt. No. 8), be withdrawn without prejudice. Defendant's Response to Plaintiff's Preliminary Motion for Class Certification is currently due on January 25, 2008.

                                                                  s/ Cassandra P. Miller
                                                                  Cassandra P. Miller

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Cassandra P. Miller, hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served via U.S. Mail on the following parties:

Patrick Stanton
Schwartz Cooper Chartered
180 N. LaSalle Street
Suite 2700
Chicago, IL 60601

                s/ Cassandra P. Miller
                Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)