**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER WOODS, ) <br> individually and on behalf of a class, ) <br>   ) <br>   Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> ROGERS ENTERPRISES, INC., ) <br> d/b/a ROGERS & HOLLANDS ) <br>     JEWELERS, ) <br> and DOES 1-10, ) <br>   ) <br>   Defendants. ) | 08 C 49 <br> Judge Kendall <br> Magistrate Judge Mason |

## INITIAL STATUS REPORT

Pursuant to the order of the Court and a hearing on status currently set for March 11, 2008 at 9:00 a.m., the parties hereby present the following initial status report:

1. The attorneys of record for each party including the attorney(s) expected to try the case are as follows:

| | |
|---|---|
| Daniel A. Edelman <br> Cathleen M. Combs <br> James O. Latturner <br> Cassandra P. Miller <br> EDELMAN, COMBS, LATTURNER <br> & GOODWIN, LLC <br> 120 S. LaSalle Street, 18th Floor <br> Chicago, Illinois 60603 <br> (312) 739-4200 <br> (312) 419-0379 (FAX) <br> courtecl@edcombs.com <br> *Attorneys for Plaintiff* | Patrick Stanton <br> Heather L. Kramer <br> Jennifer Zlotow <br> SCHWARTZ COOPER CHARTERED <br> 180 N. LaSalle Street <br> Suite 2700 <br> Chicago, IL 60601 <br> (312) 346-1300 <br> (312) 264-2480 (FAX) <br> *Attorneys for Defendant* |

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (general federal question) and 15 U.S.C. § 1681p (Fair Credit Reporting Act ("FCRA")).

      3.      Plaintiff claims that defendant violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* ("FCRA"). Specifically, plaintiff claims that on November 23, 2007, he received from Rogers Enterprises, Inc., d/b/a Rogers & Hollands Jewelers, at its establishment located at 222 Yorktown Center, Lombard, IL 60148, a computer-generated cash register receipt which displayed the expiration date of plaintiff's bank credit card and eight digits of plaintiff's store credit card. 15 U.S.C. §1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction." Based on this, plaintiff claims that defendant willfully violated the FCRA, as amended by the Fair and Accurate Credit Transaction Act ("FACTA").

      Defendant denies that it willfully violated FCRA, as amended by FACTA. At this time, defendant does not anticipate filing any counterclaims.

      4.      Unnamed Doe defendants have not been served. Defendants Does are individual officers, directors, employees and agents of defendant Rogers Enterprises, Inc., d/b/a Rogers & Hollands Jewelers, who authorized, directed or participated in the violations of law complained of. The identity of any individual or entity to be joined as parties will be learned through discovery.

      Defendant denies that any of its officers, directors, employees, or agents authorized, directed or participated in any violations of FCRA, as amended by FACTA.

      5.      Principal legal issues in this case include:

          a.      Whether or not defendant's credit card and debit card receipts comply with the FCRA, as amended by FACTA;

          b.      Whether the defendant acted willfully; and

        c.      Whether or not a class should be certified, pursuant to Fed.R.Civ.P. 23.

6.      Principal factual issues in this case include:

        a.      The number of other persons to whom defendant issued an allegedly non-compliant credit card or debit card receipt;

        b.      The names and mailing address of all persons who received an allegedly non-compliant receipt;

        c.      Facts relating to the creation of the receipt that plaintiff received, and the creation, maintenance and updating of the computer system which created that receipt, as well as the vendor responsible for creating, maintaining and updating the computer system;

        d.      Facts relating to whether the defendant acted willfully;

        e.      Facts relating to whether plaintiff is a proper class representative; and

        f.      Facts relating to whether a class action is a superior method of resolving this dispute.

Defendant, but not plaintiff, also identifies the following issue:

        g.      Facts relating to plaintiff's or other purported class members' injuries as a result of receiving an allegedly noncompliant credit card or debit card receipt.

7.      A trial by jury has been requested by plaintiff.

8.      No discovery has yet been initiated. Plaintiff intends to proceed with discovery forthwith, without bifurcation. Defendant requests that the Court stage discovery in the following order: (1) class issues; and (2) issues related to the merits.

9.      At this time, the earliest date the parties will be ready for trial is in or around September 2009. The trial should take no more than five to seven days to complete.

10.      The parties do not unanimously consent to proceed before a Magistrate

Judge.

11. The parties have not yet discussed settlement. The parties do not request a settlement conference at this time, but will not hesitate to contact the Court should the status of any such conference be necessary or desirable.

| | |
|---|---|
| s/ Cassandra P. Miller | s/ Heather L. Kramer |
| Cassandra P. Miller | Heather L. Kramer |
| | |
| Daniel Edelman | Patrick Stanton |
| Cathleen M. Combs | Heather L. Kramer |
| James O. Latturner | Jennifer Zlotow |
| Cassandra P. Miller | SCHWARTZ COOPER CHARTERED |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | 180 N. LaSalle Street Suite 2700 |
| 120 S. LaSalle Street, 18th Floor | Chicago, IL 60601 |
| Chicago, IL 60603 | (312) 346-1300 |
| (312) 739-4200 | (312) 264-2480 (FAX) |
| (312) 419-0379 (FAX) | |

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve the following parties:

Patrick Stanton (pstanton@scgk.com)
Heather L. Kramer (hkramer@scgk.com)
Jennifer Zlotow (jzlotow@schwartzcooper.com)
Schwartz Cooper Chartered
180 N. LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 346-1300
(312) 264-2477 (FAX)

                                              s/ Cassandra P. Miller
                                              Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)