**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER WOODS, individually and on behalf of a class,<br><br>            Plaintiff,<br><br>      v.<br><br>ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS, and DOES 1-10,<br><br>            Defendants. | Case No.  08 C 49<br><br>District Court Judge<br>Virginia M. Kendall<br><br>Magistrate Judge<br>Michael T. Mason |

## CERTIFICATE OF SERVICE

I, Patrick T. Stanton, one of the attorneys for Rogers Enterprises, Inc., d/b/a Rogers & Hollands Jewelers, hereby certify that the *Answer and Affirmative Defenses* was served via the CM/ECF system on March 10, 2008 on the following:

>Daniel Edelman
>Cathleen M. Combs
>James O. Latturner
>Cassandra P. Miller
>Edelman, Combs, Latturner & Goodwin, LLC
>120 S. LaSalle Street, 18th Flr.
>Chicago, IL  60603

                                              Respectfully submitted,

                                              ROGERS ENTERPRISES, INC., d/b/a
                                              ROGERS & HOLLANDS JEWELERS

                                              /s/ Patrick T. Stanton
                                              One of its Attorneys

Patrick T. Stanton (#616899)
Heather Kramer (#6272559)
Jennifer Zlotow (#6280106)
Schwartz Cooper Chartered
180 North LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 346-1300

473387.1 054558-41344