**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Christopher Woods
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−00049
                                                      Honorable Virginia M. Kendall

Rogers Enterprises, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

    MINUTE entry before Judge Virginia M. Kendall : Initial Status hearing held. Motion to certify class due 6/9/2008; response due 6/30/2008; reply due 7/14/2008. Fact discovery ordered closed 10/14/2008. Status hearing set for 10/15/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.