IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER WOODS, individually and on behalf of a class, | |
| Plaintiff, | Case No.  08 C 49 |
| v. | District Court Judge Virginia M. Kendall |
| ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS, and DOES 1-10, | Magistrate Judge Michael T. Mason |
| Defendants. | |

## STATEMENT PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the Northern District of Illinois, Eastern Division, the undersigned counsel for Defendant, Rogers Enterprises, Inc., d/b/a Rogers & Hollands Jewelers ("Rogers"), submits the following corporate disclosure statement:

Rogers' parent company is J. Kay Ltd.  No publicly held corporation or affiliate owns 5% or more of J. Kay Ltd.'s stock.

Dated:  March 12, 2008

Respectfully submitted,

ROGERS ENTERPRISES, INC., d/b/a
ROGERS & HOLLANDS JEWELERS

By:  /s/Jennifer Zlotow
         One of Its Attorneys

473728.1 054558-41344

Patrick T. Stanton (#616899)
Heather L. Kramer (#6272559)
Jennifer Zlotow (#6280106)
Schwartz Cooper Chartered
180 North La Salle, Suite 2700
Chicago, IL  60601
(312) 346-1300

473728.1 054558-41344