IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER WOODS, individually and on behalf of a class,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS, and DOES 1-10,<br><br>　　　　Defendants. | Case No.  08 C 49<br><br>District Court Judge<br>Virginia M. Kendall<br><br>Magistrate Judge<br>Michael T. Mason |

## CERTIFICATE OF SERVICE

　　I, Jennifer Zlotow, one of the attorneys for Rogers Enterprises, Inc., d/b/a Rogers & Hollands Jewelers, hereby certify that the *Corporate Disclosure* was served via the CM/ECF system on March 12, 2008 on the following:

> Daniel Edelman
> Cathleen M. Combs
> James O. Latturner
> Cassandra P. Miller
> Edelman, Combs, Latturner & Goodwin, LLC
> 120 S. LaSalle Street, 18th Flr.
> Chicago, IL  60603

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ROGERS ENTERPRISES, INC., d/b/a
　　　　　　　　　　　　　　　　　　　　　ROGERS & HOLLANDS JEWELERS

　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Zlotow
　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

Patrick T. Stanton (#616899)
Heather Kramer (#6272559)
Jennifer Zlotow (#6280106)
Schwartz Cooper Chartered
180 North LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 346-1300

474093.1 054558-41344