**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER WOODS, ) | | |
| individually and on behalf of a class, ) | | |
| ) | | |
| Plaintiff, ) | 08 C 49 | |
| ) | Judge Kendall | |
| v. ) | Magistrate Judge Mason | |
| ) | | |
| ROGERS ENTERPRISES, INC., ) | | |
| d/b/a ROGERS & HOLLANDS ) | | |
| JEWELERS, ) | | |
| and DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**AGREED MOTION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE**

Plaintiff, Christopher Woods ("Woods"), by his attorneys, moves this Court, by agreement with counsel for Defendant, Rogers Enterprises, Inc., d/b/a Rogers & Hollands Jewelers ("Rogers"), for an extension of time to brief Plaintiff's Motion for Class Certification. In support of this motion, Plaintiff states as follows:

1. On January 3, 2008, Plaintiff filed a complaint alleging that Defendant Rogers violated the Fair and Accurate Credit Transactions Act ("FACTA") amendment to the Fair Credit Reporting Act ("FCRA").

2. On March 11, 2008, this Court set a briefing schedule wherein Plaintiff's motion for class certification would be due on June 9, 2008, Defendant's response would be due on June 30, 2008, and Plaintiff's reply would be due on July 14, 2008.

3. On May 20, 2008, the Senate passed legislation, H.R. 4008, the Credit and Debit Receipt Clarification Act, that will amend FACTA.

4. This amendment will greatly impact how Plaintiff chooses to define the

class in this case. The amendment will also impact how Defendant responds to several of Plaintiff's discovery requests.

5.  Counsel for Defendant has also learned that due to a personal conflict, she will be unable to meet the June 30, 2008 response deadline and planned to seek an extension.

6.  To allow time for the legislation to be signed into law and due to counsel's scheduling conflict, the parties have agreed to extend the briefing schedule on Plaintiff's Motion for Class Certification. Counsel for the parties have agreed to extend Plaintiff's deadline to file the Motion for Class Certification to July 14, 2008, to extend Defendant's deadline to respond to August 11, 2008, and to extend Plaintiff's deadline to reply to August 25, 2008.

7.  This request is not meant for the purposes of unnecessary delay and neither party will be prejudiced from this extension.

WHEREFORE, Plaintiff respectfully requests that this Court grant the parties' Agreed Motion to Extend the Class Certification Briefing Schedule, wherein Plaintiff's deadline to file his Motion for Class Certification is extended to July 14, 2008, Defendant's response is extended to August 11, 2008, and Plaintiff's reply is extended to August 25, 2008.

Respectfully submitted,

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Cassandra P. Miller, hereby certify that on May 28, 2008, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following:

Patrick T. Stanton
Heather Kramer
Jennifer Zlotow
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 346-1300
(312) 782-8416 (FAX)

                                          s/ Cassandra P. Miller
                                          Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)