**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER WOODS, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 49 |
| | ) | Judge Kendall |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| ROGERS ENTERPRISES, INC., | ) | |
| d/b/a ROGERS & HOLLANDS | ) | |
| JEWELERS, | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** See attached service list.

  **PLEASE TAKE NOTICE** that on Tuesday, June 3, 2008 at 9:00 a.m., we will appear before Judge Virginia Kendall in Room 2319 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and there present: **AGREED MOTION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE**, a copy of which has been filed electronically and is hereby served upon you.

       s/ Cassandra P. Miller
       Cassandra P. Miller

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

<u>**CERTIFICATE OF SERVICE**</u>

I, Cassandra P. Miller, hereby certify that on May 28, 2008, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following:

Patrick T. Stanton
Heather Kramer
Jennifer Zlotow
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 346-1300
(312) 782-8416 (FAX)

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)