IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER WOODS, individually and on behalf of a class, <br><br>             Plaintiff, <br><br>     v. <br><br>ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS and DOES 1-10, <br><br>             Defendants. | Case No.  08 C 49 <br><br>Judge Kendall <br>Magistrate Judge Mason |

**JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER REGARDING THE DISCLOSURE OF CONFIDENTIAL INFORMATION**

Plaintiff, Christopher Woods ("Woods"), and Defendant, Rogers Enterprises, Inc., d/b/a Rogers & Hollands Jewelers ("Rogers"), move for the entry of a stipulated protective order governing the production and use of confidential documents and other information, attached hereto as Exhibit A.  Rogers and Woods request that the Court enter the attached Stipulated Protective Order Regarding The Disclosure of Confidential Information.  The grounds in support of this Motion are:

1.     This litigation relates to alleged violations of the Fair and Accurate Credit Transaction Act ("FACTA") amendment to the Fair Credit Reporting Act ("FCRA").  Specifically, Woods alleges that Rogers failed to properly truncate the credit card number and expiration date of the receipts it provided to its customers, including himself.

2.     In the course of this case, the parties have propounded discovery to one another which requires them to divulge confidential and sensitive information.

3.     Woods' confidential information consists of, but is not limited to, his financial and credit card account information.

490248.1 054558-41344

4.      Rogers' confidential business information includes, but is not limited to, its customers' account information, its financial statements, sales figures, marketing information, and agreements with various third-parties, such as vendors.  Disclosure of its third-party contracts and proprietary sales, financial and marketing information would harm Rogers' position with respect to its competitors, suppliers and vendors.  Accordingly, the disclosure of such information would likely cause unnecessary damage and injury, and therefore good cause exists to limit public disclosure of this information.

5.      The protective order submitted is drawn to only protect what may constitute legitimate confidential information.

WHEREFORE, Plaintiff, Christopher Woods and Defendant, Rogers Enterprises, Inc., d/b/a Rogers & Hollands Jewelers respectfully request that the Court enter the Stipulated Protective Order Regarding The Disclosure of Confidential Information, a copy of which is attached hereto as Exhibit A.

| | |
|---|---|
| Dated:  July 9, 2008 | Respectfully submitted, |
| CHRISTOPHER WOODS, | ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS |
| By:/s/Cassandra P. Miller<br>One of his Attorneys<br>Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Cassandra P. Miller<br>Edelman, Combs, Latturner & Goodwin, LLC<br>120 S. LaSalle Street, 18th Floor<br>Chicago, Illinois 60603<br>(312) 739-4200 | By:/s/ Jennifer Zlotow<br>One of its Attorneys<br>Patrick T. Stanton (#6216899)<br>Heather L. Kramer (#6272559)<br>Jennifer M. Zlotow (#6280106)<br>Schwartz Cooper Chartered<br>180 North La Salle, Suite 2700<br>Chicago, IL  60601<br>(312) 346-1300 |