**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER WOODS, individually and on behalf of a class,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS and DOES 1-10,<br><br>    Defendants. | Case No.  08 C 49<br><br>Judge Kendall<br>Magistrate Judge Mason |

**NOTICE OF MOTION**

To: Daniel Edelman  (dedelman@edcombs.com)
 Cathleen M. Combs (ccombs@edcombs.com)
 James O. Latturner (jlatturner@edcombs.com)
 Cassandra P. Miller (cmiller@edcombs.com)
 Edelman, Combs, Latturner & Goodwin, LLC
 120 South LaSalle Street, 18th Floor
 Chicago, IL  60603
  312-419-0379 (fax)

    PLEASE TAKE NOTICE THAT on the ***Wednesday, July 16, 2008 at 9:30 a.m.***, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia Kendall, in Room 2319, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and shall then and there present the attached ***Joint Motion for Entry of a Stipulated Protective Order Regarding the Disclosure of Confidential Information***, a copy of which is hereby served upon you.

| | |
|---|---|
| Dated:  July 9, 2008 | Respectfully submitted,<br><br>ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS<br><br><br><br>By:  /s/Jennifer Zlotow_____<br>          One of its Attorneys |

Patrick T. Stanton (#6216899)
Heather L. Kramer (#6272559)
Jennifer Zlotow (#6280106)
Schwartz Cooper Chartered
180 North La Salle, Suite 2700
Chicago, IL  60601
(312) 346-1300

490496.1 054558-41344

**CERTIFICATE OF SERVICE**

    I, Jennifer Zlotow, one of the attorneys for Rogers Enterprises, Inc. d/b/a Rogers & Hollands Jewelers, hereby certify that the Notice of Motion and document referred to therein was served upon the following by electronic filing on July 9, 2008:

                                                    /s/Jennifer Zlotow
                                                      Jennifer Zlotow