IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WOODS, ) | | |
| individually and on behalf of a class, ) | | |
| ) | | |
| Plaintiff, ) | 08 C 49 | |
| ) | Judge Kendall | |
| v. ) | Magistrate Judge Mason | |
| ) | | |
| ROGERS ENTERPRISES, INC., ) | | |
| d/b/a ROGERS & HOLLANDS ) | | |
| JEWELERS, ) | | |
| and DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT *INSTANTER*** 

Plaintiff, Christopher Woods ("Woods"), by his attorneys, respectfully requests pursuant to Fed. R. Civ. P. 15, leave to file an amended complaint, *instanter*. In support of this motion, Plaintiff states as follows:

1. On January 3, 2008, Plaintiff filed a complaint alleging that Defendant Rogers Enterprises, Inc., d/b/a Rogers & Hollands Jewelers violated the Fair and Accurate Credit Transactions Act ("FACTA") amendment to the Fair Credit Reporting Act ("FCRA").

2. Plaintiff alleged that on November 23, 2007, he received from Rogers Enterprises, Inc., d/b/a Rogers & Hollands Jewelers ("Rogers"), at its establishment located at 222 Yorktown Center, Lombard, IL 60148, a computer-generated cash register receipt which displayed the expiration date of Plaintiff's bank credit card and eight digits of Plaintiff's store credit card in violation of 15 U.S.C. §1681c(g) which provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or

1

the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. On June 3, 2008, an amendment to FACTA was enacted that provides that printing only the card expiration date on a receipt, while redacting all but the last five digits of the card number, does not constitute a willful violation if the receipt was printed before the enactment of the amendment.

4. Plaintiff respectfully requests leave to amend the complaint to incorporate the amendment and remove any claims based solely on the display of the credit card's expiration date. The proposed amended complaint is attached hereto as Exhibit A.

5. Counsel for Plaintiff has conferred with counsel for Defendant, who has indicated that Defendant does not oppose Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests leave to file an amended complaint, *instanter*.

    Respectfully submitted,

    s/ Cassandra P. Miller
    Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Cassandra P. Miller, hereby certify that on July 10, 2008, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following:

Patrick T. Stanton
Heather Kramer
Jennifer Zlotow
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 346-1300
(312) 782-8416 (FAX)

                                      s/ Cassandra P. Miller
                                      Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)