**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER WOODS, ) | | |
| individually and on behalf of a class, ) | | |
| ) | | |
| Plaintiff, ) | 08 C 49 | |
| ) | Judge Kendall | |
| v. ) | Magistrate Judge Mason | |
| ) | | |
| ROGERS ENTERPRISES, INC., ) | | |
| d/b/a ROGERS & HOLLANDS ) | | |
| JEWELERS, ) | | |
| and DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF MOTION

**TO:** See attached service list.

    **PLEASE TAKE NOTICE** that on Wednesday, June 16, 2008 at 9:30 a.m., we will appear before Judge Virginia Kendall in Room 2319 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and there present: **UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT *INSTANTER***, a copy of which has been filed electronically and is hereby served upon you.

                                                 s/ Cassandra P. Miller
                                                 Cassandra P. Miller

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on July 10, 2008, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following:

Patrick T. Stanton
Heather Kramer
Jennifer Zlotow
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 346-1300
(312) 782-8416 (FAX)

                                          s/ Cassandra P. Miller
                                          Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)