

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:          PATRICK T. STANTON

FIRM:          DYKEMA GOSSETT, PLLC

STREET ADDRESS: 180 NORTH LaSALLE STREET, #2700

CITY/STATE/ZIP:   CHICAGO, IL  60601

PHONE NUMBER:    (312) 627-4600

E-MAIL ADDRESS: pstanton@dykema.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   6216899

If you have previously filed an appearance with
this Court using a different name, enter that name:

### List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:06-cv-02639 | Gburek v. Argent Mortgage, et al. | Judge Marvin E. Aspen |
| 1:06-cv-04946 | Maxum Indemnity Co. and Security Ins. Co. of Hartford v. Eclipse Mfg. Co., et al | Judge Joan H. Lefkow |

490665.1 099990-09999

**(Cont. Patrick T. Stanton)**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:06-cv –05047 | Mitchell, et al. v. Greater Chicago Auto Sales, Inc., et al. | Judge Charles R. Norgle, Sr. |
| 1:07-cv-02986 | AGT Crunch Chicago, LLC v. 939 North Avenue Collection, LLC | Judge James B. Zagel |
| 1:07-cv-04946 | Trujillo v. Apple Computer, Inc., et al. | Judge Matthew F. Kennelly |
| 1:07-cv-05033 | CCO Entertainment, LLC v. CCO Arenas, LLC, et al. | Judge Elaine E. Bucklo |
| 1:07-cv-05464 | Sadler v. Bashiri, et al. | Judge Wayne R. Andersen |
| 1:07-cv-7006 | Jaramillo v. Esperanza Financial Services, et al. | Judge Blanche M. Manning |
| 1:08-cv-00049 | Woods v. Rogers Enterprises, Inc., et al. | Judge Virginia M. Kendall |
| 1:08-cv-00801 | Murphy v. Capital One Bank | Judge Charles P. Kocoras |
| 3:08-cv-50126 | Paltronics v. Adline Network Holdings, Inc., et al. | Judge Frederick J. Kapala |

   /s/ Patrick T. Stanton                               July 11, 2008

          Attorney's Signature                               Date