**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER WOODS, )<br>individually and on behalf of a class, )<br>                                                               )<br>          Plaintiff,                                 )<br>                                                               )<br>     v.                                                    )<br>                                                               )<br>ROGERS ENTERPRISES, INC., )<br>d/b/a ROGERS & HOLLANDS )<br>          JEWELERS,                        )<br>and DOES 1-10,                           )<br>                                                               )<br>          Defendants.                      ) | 08 C 49<br>Judge Kendall<br>Magistrate Judge Mason |

**NOTICE OF FILING**

**TO:** SEE ATTACHED SERVICE LIST.

        **PLEASE TAKE NOTICE** that, on July 14, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following documents, copies of which are attached and are hereby served upon you: **PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION** and **MEMORANDUM IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**.[1]

                                                      s/ Cassandra P. Miller
                                                      Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

---

[1] A Notice of Motion is not being filed at this time as the Court has set a briefing schedule on Plaintiff's Motion for Class Certification (*See* Dkt. No. 27, Minute Entry of June 2, 2008).

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on July 14, 2008, **PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**, **MEMORANDUM IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**, and notice thereof were filed electronically using the Court's CM/ECF system, which will send notice to the following:

Patrick T. Stanton (pstanton@dykema.com)
DYKEMA GOSSETT, PLLC
180 North LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 627-4600
(312) 627-4601 (FAX)

Heather L. Kramer (hkramer@scgk.com)
Jennifer M. Zlotow (jzlotow@schwartzcooper.com)
Schwartz Cooper, Chtd.
180 North LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 845-5401
312-264-2477 (FAX)

                                          s/ Cassandra P. Miller
                                          Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)