

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:    HEATHER L. KRAMER

FIRM:    DYKEMA GOSSETT, PLLC

STREET ADDRESS: 180 NORTH LaSALLE STREET, #2700

CITY/STATE/ZIP:    CHICAGO, IL  60601

PHONE NUMBER:    (312) 627-4600

E-MAIL ADDRESS: hkramer@dykema.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   6272559

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:07-cv-05033 | CCO Entertainment, LLC v. CCO Arenas, LLC | Judge Elaine E. Bucklo |
| 1:07-cv-05721 | Neomed Innovation III, L.P. v. Cytocore, Inc. | Judge Wayne R. Anderson |
| 1:08-cv-00049 | Woods v. Rogers Enterprises, Inc., et al. | Judge Virginia M. Kendall |
| 3:08-cv-50126 | Paltronics v. Adline Network Holdings, Inc., et al. | Judge Frederick J. Kapala |

　/s/ Heather L. Kramer　　　　　　　　　　　　July 11, 2008
　　　Attorney's Signature　　　　　　　　　　　　Date

CHICAGO\2477490.1
ID\KLD