## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| CHRISTOPHER WOODS,<br>individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) | 08 C 49 |
| v. | ) ) ) | Judge Kendall<br>Magistrate Judge Mason |
| ROGERS ENTERPRISES, INC.,<br>d/b/a ROGERS & HOLLANDS<br>JEWELERS, and DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT AGREED MOTION TO EXTEND
## CLASS CERTIFICATION BRIEFING SCHEDULE

Defendant Rogers Enterprises, Inc. ("Rogers"), by its attorneys, and Plaintiff, Christopher Woods ("Woods"), by his attorneys, moves this Court, for an extension of time on the previously-set briefing schedule on Plaintiff's Motion for Class Certification. In support of this motion, the parties state as follows:

1. On January 3, 2008, Plaintiff filed a Complaint alleging that Defendant Rogers violated the Fair and Accurate Credit Transactions Act ("FACTA") amendment to the Fair Credit Reporting Act ("FCRA").

2. On June 2, 2008, this Court set a briefing schedule wherein Plaintiff's motion for class certification was due on July 14, 2008, Defendant's response is due on August 11, 2008, and Plaintiff's reply is due on August 25, 2008.

3. On July 14, 2008, Plaintiff filed his Motion for Class Certification and supporting Memorandum. (Dkt. Nos. 35 and 36).

4. Plaintiff's deposition was conducted on August 4, 2008.

5.     Despite due diligence and giving priority to the class certification schedule, counsel for Defendant is unable to complete Defendant's response brief by August 11, 2008, and counsel for Plaintiff is unable to complete Plaintiff's reply brief by August 25, 2008.

6.     Both counsel for Defendant and Plaintiff have a variety of deadlines in other cases that make it extremely difficulty to comply with the August 25, 2008, deadline. Included among these, counsel for Defendant is set for a state court trial in Cook County during the week of August 11, 2008, in *Farnik v. Tunney*, No. 04 CH 12066. Counsel for Plaintiff has a Seventh Circuit Appellee Response brief due on August 11, 2008, in *American Family Mutual Insurance Co. v. C.M.A. Mortgage, Inc. d/b/a Eminent Mortgage Co., and Jason Wanek*, Appeal No. 08-2055. Additionally, counsel for Plaintiff has a Seventh Circuit Opening Appellant brief due August 22, 2008, in *Wahl v. Midland Credit Management, Inc.*, Appeal No. 08-1517.

7.     In light of the foregoing, and in order to ensure that the issues of class certification are fully addressed, counsel for Defendant and Plaintiff respectfully request an extension of the briefing schedule.

8.     The extension of the schedule sought by counsel for both Defendant and Plaintiff would have the Defendant's response due September 5, 2008, and Plaintiff's reply due September 19, 2008.

9.     This request is not meant for the purpose of unnecessary delay and neither party will be prejudiced from this extension.

10.     On August 1 and 4, 2008, counsel for Defendant and Plaintiff conferred and agreed to the extension of the briefing schedule.

WHEREFORE, counsel for Defendant and Plaintiff respectfully request that this Court grant the Joint Agreed Motion to Extend Class Certification Briefing Schedule, wherein

Defendant's response to Plaintiff's Motion for Class Certification is extended to September 5, 2008, and Plaintiff's reply is extended to September 19, 2008.

Respectfully submitted,

s/  Heather L. Kramer

Patrick T. Stanton
Heather L. Kramer
Jennifer M. Zlotow
Dykema Gossett, PLLC
180 North LaSalle Street, Suite 2700
Chicago, Illinois  60601
312.627.4600
*Attorneys for Rogers Enterprises, Inc*
 *d/b/a Rogers & Hollands Jewelers*

s/ Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois  60603
312.739.4200

*Attorneys for Christopher Woods*

CHICAGO\2487414.1
ID\HLK