IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER WOODS, individually and on behalf of a class, | |
| Plaintiff, | Case No. 08 C 49 |
| v. | Judge Kendall<br>Magistrate Judge Mason |
| ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS and DOES 1-10, | |
| Defendants. | |

## NOTICE OF MOTION

To: Daniel Edelman (dedelman@edcombs.com)
Cathleen M. Combs (ccombs@edcombs.com)
James O. Latturner (jlatturner@edcombs.com)
Cassandra P. Miller (cmiller@edcombs.com)
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL  60603
312-419-0379 (fax)

PLEASE TAKE NOTICE THAT on *Thursday, August 7, 2008, at 9:00 a.m.*, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, in Room 2319, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and shall then and there present the attached *Joint Agreed Motion To Extend Class Certification Briefing Schedule*, a copy of which is hereby served upon you.

Dated: August 4, 2008

Respectfully submitted,

ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS

By: _____s/Heather L. Kramer_____
       One of its Attorneys

Patrick T. Stanton (#6216899)
Heather L. Kramer (#6272559)
Jennifer Zlotow (#6280106)
Dykema Gossett PLLC
180 North La Salle, Suite 2700
Chicago, IL  60601
(312) 627-4600

490496.1 054558-41344

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WOODS, individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) ) | 08 C 49<br>Judge Kendall |
| v. | ) ) | Magistrate Judge Mason |
| ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS, and DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Heather L. Kramer, hereby certify that I caused a copy of the attached JOINT AGREED MOTION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE to be served on counsel of record by filing same in the United States District Court's ECF system for the Northern District of Illinois by electronic mail on this 4th day of August 2008.

s/ Heather L. Kramer

Patrick T. Stanton  #6216899
Heather L. Kramer  #5272559
Jennifer M. Zlotow  #6280106
Dykema Gossett, PLLC
180 North LaSalle Street, Suite 2700
Chicago, Illinois  60601
312.627.4600
*Attorneys for Rogers Enterprises, Inc*
*d/b/a Rogers & Hollands Jewelers*