UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Christopher Woods
                            Plaintiff,

v.                                      Case No.: 1:08−cv−00049
                                        Honorable Virginia M. Kendall

Rogers Enterprises, Inc., et al.
                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

MINUTE entry before the Honorable Virginia M. Kendall:The joint motion to extend the class certification briefing schedule [43] is granted. Defendants are given to 9/5/2008 to file their response to plaintiff's motion for class certification. Reply is due by 9/19/2008.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.