# EXHIBIT 2

# REMOVED PURSUANT TO PROTECTIVE ORDER