# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER WOODS, individually and on behalf of a class, <br><br> Plaintiff, <br><br> v. <br><br> ROGERS ENTERPRISES, INC., d/b/a ROGERS & HOLLANDS JEWELERS, and DOES 1-10, <br><br> Defendants. | 08 C 49 <br> Judge Kendall <br> Magistrate Judge Mason |

## DECLARATION OF KIM SCHUNKE

1. I am over 18 years of age, am a resident of Manteno in Kankakee County, Illinois, have personal knowledge of the matters set forth herein, and, if called to testify, can testify as to such matters.

2. I am the Director of Information Technology Services for Rogers Enterprises, Inc., which does business as Rogers & Hollands Jewelers and Ashcroft & Oak ("Rogers & Hollands"). I have held this position for over four years. I started at Rogers & Hollands in the Information Technology Department in September 2004.

3. As the Director of Information Technology Services, I oversee and manage the Information Technology Department ("IT Department"). The IT Department is responsible for all technology operations of Rogers & Hollands, including its point of sale ("POS") system.

4. Each Rogers & Hollands' retail location has a POS system at which the customer completes his/her sales transaction, which includes as part of the process, the printing of a

receipt. The POS system for Rogers & Hollands includes various computer hardware and software to make sales to customers.

5. Prior to the filing of this lawsuit, I was not aware of the Fair and Accurate Credit Transactions Act ("FACTA") or that FACTA required the truncation of credit card numbers on a printed receipt.

6. Upon learning of FACTA from the filing of this lawsuit, I became aware that FACTA required that receipts provided to customers could not print more than the last five digits of the cardholder's Rogers & Hollands' in-house credit card number.

7. Immediately upon learning this information, I contacted Jewelry Computer Systems, Rogers & Hollands' POS software provider, on or about January 4, 2008, and sought its assistance in changing how the receipts were printed, so that no more than five digits would be printed on the receipt.

8. By January 28, 2008, the new POS software developed by Jewelry Computer Systems, which only allowed the printing of four digits of a person's in-house credit card on a receipt, was installed at all Rogers & Hollands' retail locations, including the location at the Yorktown Center in Lombard, Illinois.

9.　　Therefore, on and from January 28, 2008, customers who purchased goods with their in-house credit card at Yorktown Center in Lombard received a receipt that showed only the last four digits of their in-house credit number.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2008.

Kim Schunke

Declaration: Federal Court 28 U.S.C.§ 1746

CHICAGO\2509435.2
ID\HLK

3