**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER WOODS, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 49 |
| | ) | Judge Kendall |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| ROGERS ENTERPRISES, INC., | ) | |
| d/b/a ROGERS & HOLLANDS | ) | |
| JEWELERS, and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Heather L. Kramer, hereby certify that I caused a copy of the attached **ROGERS ENTERPRISES, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION** (Redacted Version) to be served on counsel of record by filing same in the United States District Court's ECF system for the Northern District of Illinois by electronic mail on this 5th day of September 2008, and I caused a copy of said pleading (Unredated Version) to be served on counsel of record by depositing same in the U.S. Mail on this 5th day of September 2008.


                                                            ___s/  Patrick T. Stanton___


Patrick T. Stanton  #6216899
Heather L. Kramer  #5272559
Jennifer M. Zlotow  #6280106
Dykema Gossett, PLLC
180 North LaSalle Street, Suite 2700
Chicago, Illinois  60601
312.627.4600
***Attorneys for Rogers Enterprises, Inc
 d/b/a Rogers & Hollands Jewelers***

CHICAGO\2487534.1
ID\HLK