# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Christopher Woods

                              Plaintiff,

v.                                                Case No.: 1:08−cv−00049
                                                     Honorable Virginia M. Kendall

Rogers Enterprises, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Pursuant to stipulation, this action is dismissed with prejudice as to plaintiff Woods and without prejudice as to all class claims asserted in the amended complaint, each side to bear own costs.Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.